UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BILL GREEN,<br><br>                Plaintiff,<br><br>   v.<br><br>GINA MCCARTHY, in her official capacity as Administrator, United States Environmental Protection Agency,<br><br>                Defendant. | NO:  4:14-CV-5093-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Joint Stipulated Motion for Dismissal with Prejudice (ECF No. 20).  As all terms of the Consent Decree have been satisfied,[1] the parties stipulate that this case be dismissed with prejudice pursuant

---

[1] Specifically, paragraphs 2 through 4 of the Consent Decree require the following actions: (a) Paragraph 2 requires EPA to sign a final response to Plaintiff's Hanford Title V Petitions no later than May 29, 2015; (b) Paragraph 3 requires that

ORDER OF DISMISSAL WITH PREJUDICE~ 1

to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Paragraph 15 of the Court-approved Consent Decree. *See* ECF No. 19 at 5-6. Pursuant to Paragraph 4 of the Consent Decree, Plaintiff has received payment as full settlement of all claims for attorneys' fees, costs, and expenses.

**ACCORDINGLY, IT IS ORDERED**:

Pursuant to the parties' stipulation (ECF No. 20), all claims and causes of action in this matter are **DISMISSED** with prejudice. Plaintiff has received payment as full settlement of all claims for attorneys' fees, costs, and expenses in accordance with Paragraph 4 of the Consent Decree.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** December 1, 2015.



THOMAS O. RICE
United States District Judge

---

EPA deliver notice of such action to the Office of the Federal Register for prompt publication, and transmit EPA's final action on the petitions, if objecting in whole or in part to the State's action, to the State of Washington Department of Ecology; and (c) Paragraph 4 provides that the Parties shall seek to resolve any claim by Plaintiff for litigation costs, including attorney's fees. ECF No. 19 at 2-3.

ORDER OF DISMISSAL WITH PREJUDICE~ 2